**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

FILED

STEVEN B. LEVINE,                    :    CIVIL ACTION NO.
                                     :    3:03CV0433 (GLG)
        Plaintiff,                   :
                                     :
VS.                                  :
                                     :
RANDOLPH W. LENZ, ET AL,             :    FEBRUARY 3, 2004
                                     :
        Defendants.                  :

## STATUS REPORT

The plaintiff in the above-entitled matter, Steven B. Levine, hereby advises the Court of the current status of the administrative proceedings that were referenced in the Motion for Stay (dated September 2, 2003).

The administrative proceeding involving the State of Connecticut has been resolved. The plaintiff herein paid a sum of money to resolve that administrative proceeding and has finalized that aspect of the case for which the plaintiff seeks indemnification through this action and/or damages.

The administrative proceeding involving the FDIC has regrettably, to date, not been resolved and a new administrative hearing date has been scheduled for December 6, 2004. There still continues to be informal communications between the FDIC and the undersigned about the possibility of settlement.

In light of the aforesaid, at present, the plaintiff recommends that the instant case be stayed until June 30, 2004 at which time an updated status report would be provided to the Court. Ostensibly, the stay is for the same reasons as previously cited, that pursing litigation in the instant matter is very expensive and at the present time the nature and extent of the losses that the plaintiff will suffer are unknown. There remains at least a possibility that plaintiff's claims will be settled and thus fix the damages subject to continued legal fees which hopefully will provide an incentive to resolve this claim without the need for litigation.

Accordingly, for the reasons aforesaid, the plaintiff respectfully requests a stay in the instant action until June 30, 2004.

PLAINTIFF,

By_____
Richard P. Weinstein, Esquire of
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT  06107
Telephone No. (860) 561-2628
Facsimile No. (860) 521-6150
Federal Bar No. ct06215

## CERTIFICATION

This is to certify that on the 3rd day of February, 2004, a copy of the foregoing was served upon:

Denise R. Polivy, Esquire
Baker O'Sullivan & Bliss, P.C.
Putnam Park
100 Great Meadow Road, Suite 100
Wethersfield, CT  06109-2361

Eric Lee, Esquire
Lee & Amtzis, P.L.
5550 Glades Road, Suite 401
Boca Raton, FL  33431-7215

Glenn E. Coe, Esquire
Rome McGuigan Sabanosh, P.C.
One State Street, 13th Floor
Hartford, CT  06103-3101

_____
Richard P. Weinstein

WCLIENTS\LEVINE STEVEN\LENZ\STATUS REPORT\PAB