**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
------------------------------------X
STEVEN B. LEVINE,                    :
                                     :
        Plaintiff,                   :         **ORDER**
                                     :
    -against-                        :
                                     :         **3: 03 CV 433 (GLG)**
RANDOLPH W. LENZ, et al.,            :
                                     :
        Defendants.                  :
------------------------------------X

In Plaintiff's Status Report dated February 3, 2004 [Docket #42], plaintiff requests this case continue to be stayed until June 30, 2004, at which time an updated status report will be provided to the Court. The request for continuation of stay is **granted.**

        **SO ORDERED.**

**Dated:   April 14, 2004**
          **Waterbury, CT**                    /s/
                                        Gerard L. Goettel
                                            U.S.D.J.