## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEVEN B. LEVINE, | : | CIVIL ACTION NO. |
| | : | 3:03CV0433 (GLG) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| RANDOLPH W. LENZ, ET AL, | : | JULY 15, 2004 |
| | : | |
| Defendants. | : | |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(i), the plaintiff in the above-entitled matter in accordance with the settlement obligation imposed by the FDIC hereby voluntarily dismisses this action without costs.

        PLAINTIFF,
        STEVEN B. LEVINE


        By_____
        Richard P. Weinstein, Esquire of
        WEINSTEIN & WISSER, P.C.
        29 South Main Street, Suite 207
        West Hartford, CT  06107
        Telephone No. (860) 561-2628
        Facsimile NO. (860) 521-6150
        Juris No. 45674

**CERTIFICATION**

   This is to certify that on the _____ day of July, 2004, a copy of the foregoing was served upon:

Denise R. Polivy, Esquire
Baker O'Sullivan & Bliss
Putnam Park
100 Great Meadow Road, Suite 100
Wethersfield, CT  06109-2355

Eric Lee, Esquire
Lee & Amtzis, P.L.
5550 Glades Road, Suite 401
Boca Raton, FL  33431

Glenn E. Coe, Esquire
Rome McGuigan Sabanosh, P.C.
One State Street, 13th Floor
Hartford, CT  06103-3101

               _____
               Richard P. Weinstein

WCLIENTS\LEVINE STEVEN\NOTC VOLUNTARY DISMISSAL\TM