The clerk is directed to docket this motion and include it in the Court's file.  So ordered.

Rome McGuigan Sabanosh, P.C. • Attorneys at Law
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

Christopher F. Droney
United States District Judge
7/22/04

2004 JUL 23  P 5: 47

U.S. DISTRICT COURT
HARTFORD, CT.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEVEN LEVINE, | : | **CIVIL ACTION** |
| Plaintiff | : | **CASE NO. 303-CV-0433 (CFD)** |
| | : | |
| vs. | : | |
| | : | |
| RANDOLPH W. LENZ, ET AL | : | |
| | : | |
| Defendants | : | **JUNE 30, 2004** |

### MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

Pursuant to Local Rule of Civil Procedure 15, Rome McGuigan, P.C., hereby moves to withdraw Jacob Wieselman's appearance on behalf of the defendants, Anpac Securities Group, Inc., Carjon Intl. Corp., and F. Ross Walpole.

DEFENDANTS, ANPAC SECURITIES
GROUP, INC. a/k/a ASG SECURITIES
CARJON INTERNATIONAL CORP. AND
F. ROSS WALPOLE

By _____
Jacob Wieselman, Esq.
Federal Bar #ct05372
Rome McGuigan, P.C.
One State Street
Hartford, CT  06103-3101
Tel. (860) 549-1000

One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

**Rome McGuigan Sabanosh, P.C.** • *Attorneys at Law*

## CERTIFICATION

This is to certify that a copy of the foregoing was filed, postage prepaid, to all counsel and pro se parties of record on this *1st* day of ~~June~~ *July*, 2004 as follows:

Richard P. Weinstein
Weinstein & Wisser, P.C.
29 South Main Street, Suite 207
West Hartford, CT  06107

Denise R. Polivy, Esq.
Baker O'Sullivan & Bliss, P.C.
Putnam Park
100 Great Meadow Road, Suite 100
Wethersfield, CT  06109-2355

Eric Lee
Lee & Amtzis, P.L.
5550 Glades Road, Suite 401
Boca Raton, FL  33431

Glenn E. Coe, Esq.

11946-1/378801

2